**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, JOHN MCGINNESS, and MATHEW ATHEY

Stewart Katz
LAW OFFICE OF STEWART KATZ
555 University Avenue, Suite 270
Sacramento, CA 95825
TEL: 916) 444-5678
FAX: (916) 444-3364

Attorney for Plaintiff Blaine Jackson

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAINE A. JACKSON | Case No. 07-2795 LKK GGH |
| Plaintiff, | **STIPULATION TO AMEND COMPLAINT; ORDER** |
| vs. | |
| COUNTY OF SACRAMENTO; JOHN MCGINNESS, individually and in his official capacity as Sheriff of the Sacramento County Sheriff's Department, Sacramento Sheriff's Department Deputy MATTHEW ATHEY (Badge #1324); and DOES 1 THROUGH 10; inclusive, | |
| Defendants. / | |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff BLAINE JACKSON and Defendants COUNTY OF SACRAMENTO, JOHN MCGINNESS, and MATHEW ATHEY, by and through their respective undersigned counsel, that Plaintiff may amend complaint to add the following individuals as defendants: Michael Putnam, Patrick Harrington, David McIntyre, Matthew Athey, Sergeant Guerrero, Lieutenant Anglemoyer, and Captain Jones.

---

1

**STIPULATION TO AMEND COMPLAINT; ORDER**

00634164.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1   IT IS SO STIPULATED.

2   Dated: 12/9/08                    PORTER SCOTT
                                      A PROFESSIONAL CORPORATION
3
                                      By    /s/
4                                          Terence J. Cassidy
                                           John R. Whitefleet
5                                          Attorney for Defendants COUNTY OF SACRAMENTO, JOHN MCGINNESS, and MATHEW ATHEY

8   Dated:  12/9/08                   LAW OFFICE OF STEWART KATZ

9                                     By    /s/
                                           Stewart Katz
10                                         Attorney for Plaintiff BLAINE A. JACKSON

12                          **ORDER**

13  Having reviewed the above Stipulation, and good cause appearing,

14  IT IS SO ORDERED.

15  DATED: December 10, 2008.

                                      _____
                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com