UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BLAINE A. JACKSON,

        Plaintiffs,

    v.

COUNTY OF SACRAMENTO, et al.,

        Defendants.
                                   /

NO. CIV. S-07-2795 LKK/GGH

O R D E R

Counsel for the parties appeared telephonically for a status conference on May 11, 2009. Good cause appearing, the Scheduling Order is AMENDED as follows:

1. Disclosure of expert witnesses and exchange of expert reports between the parties shall occur not later than August 21, 2009.

2. Discovery motions shall be noticed to be heard not later than September 21, 2009.

3. All discovery shall be conducted so as to be completed not later than October 21, 2009.

4. All Law and Motion matters shall be noticed to be heard

1

|   |   |
|---|---|
| 1 | not later than December 21, 2009. |
| 2 | 5.   The Pretrial Conference is set for March 22, 2010 at |
| 3 | 3:30 PM. |
| 4 | 6.   Trial is set for June 22, 2010. The parties represent in |
| 5 | good faith that the trial will last approximately ten |
| 6 | days. |

The parties are REFERRED to Magistrate Judge John Moulds for a settlement conference. Counsel are directed to contact Judge Moulds' Courtroom Deputy to schedule the conference. Counsel are also directed to file the parties' respective waivers of disqualification of the Magistrate Judge.

IT IS SO ORDERED.

DATED: May 12, 2009.

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT