**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Sophia S. Kwan, SBN 257666
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, JOHN MCGINNESS, MATTHEW ATHEY, PATRICK HARRINGTON, DAVID MCENTIRE, JOHN HOMEN, MICHAEL PUTNAM, CHRISTOPHER GUERRERO, RICHARD ANGLEMOYER and SCOTT JONES

Stewart Katz
**LAW OFFICE OF STEWART KATZ**
555 University Avenue, Suite 270
Sacramento, CA 95825
TEL: 916) 444-5678
FAX: (916) 444-3364

Attorney for Plaintiff BLAINE A. JACKSON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAINE A. JACKSON<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; JOHN MCGINNESS, individually and in his official capacity as Sheriff of the Sacramento County Sheriff's Department; Sacramento Sheriff's Department Deputy MATTHEW ATHEY (Badge #1324); Sacramento Sheriff's Department Deputy PATRICK HARRINGTON (Badge #1477); Sacramento Sheriff's Department Deputy DAVID MCENTIRE(Badge #1356); Sacramento Sheriff's Department Deputy JOHN HOMEN (Badge #123); Sacramento Sheriff's Department Deputy MICHAEL PUTNAM (Badge #1387); Sacramento Sheriff's Department Sergeant CHRISTOPHER GUERRERO (Badge #61); Lieutenant RICHARD ANGLEMOYER (Badge #51); and Sacramento Sheriff's Department Captain SCOTT JONES (Badge #7),<br><br>    Defendants. | Case No. 2:07-CV-02795 LKK GGH<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANTS COUNTY OF SACRAMENTO, JOHN MCGINNESS, MATTHEW ATHEY, PATRICK HARRINGTON, DAVID MCENTIRE, JOHN HOMEN, MICHAEL PUTNAM, CHRISTOPHER GUERRERO, RICHARD ANGLEMOYER and SCOTT JONES**<br><br>Complaint Filed: 12/27/07<br>Amended Complaint Filed: 12/11/08 |

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff BLAINE A. JACKSON and Defendants COUNTY OF SACRAMENTO, JOHN MCGINNESS, MATTHEW ATHEY, PATRICK HARRINGTON, DAVID MCENTIRE, JOHN HOMEN, MICHAEL PUTNAM, CHRISTOPHER GUERRERO, RICHARD ANGLEMOYER and SCOTT JONES, by and through their undersigned counsel, that this action be dismissed, with prejudice, with each side to bear its own attorney's fees and costs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

Dated: September 16, 2009         PORTER SCOTT
                                  A PROFESSIONAL CORPORATION


                                  By    /s/Carl L. Fessenden
                                        Carl L. Fessenden
                                        Sophia S. Kwan
                                        Attorney for Defendants COUNTY OF
                                        SACRAMENTO, JOHN MCGINNESS,
                                        MATTHEW ATHEY, PATRICK
                                        HARRINGTON, DAVID MCENTIRE, JOHN
                                        HOMEN, MICHAEL PUTNAM,
                                        CHRISTOPHER GUERRERO, RICHARD
                                        ANGLEMOYER and SCOTT JONES


Dated: September 16, 2009         LAW OFFICE OF STEWART KATZ


                                  By    /s/Stewart Katz (as authorized on 9/16/09)
                                        Stewart Katz
                                        Attorney for Plaintiff BLAINE A. JACKSON


**ORDER**

**IT IS SO ORDERED.**


Dated: _____     _____
                                  United States District Court Judge
                                  Easter District of California

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2

00719083.WPD    STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL