**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Sophia S. Kwan, SBN 257666
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, JOHN MCGINNESS, MATTHEW ATHEY, PATRICK HARRINGTON, DAVID MCENTIRE, JOHN HOMEN, MICHAEL PUTNAM, CHRISTOPHER GUERRERO, RICHARD ANGLEMOYER and SCOTT JONES

Stewart Katz
**LAW OFFICE OF STEWART KATZ**
555 University Avenue, Suite 270
Sacramento, CA 95825
TEL: 916) 444-5678
FAX: (916) 444-3364

Attorney for Plaintiff BLAINE A. JACKSON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAINE A. JACKSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; JOHN MCGINNESS, individually and in his official capacity as Sheriff of the Sacramento County Sheriff's Department; Sacramento Sheriff's Department Deputy MATTHEW ATHEY (Badge #1324); Sacramento Sheriff's Department Deputy PATRICK HARRINGTON (Badge #1477); Sacramento Sheriff's Department Deputy DAVID MCENTIRE(Badge #1356); Sacramento Sheriff's Department Deputy JOHN HOMEN (Badge #123); Sacramento Sheriff's Department Deputy MICHAEL PUTNAM (Badge #1387); Sacramento Sheriff's Department Sergeant CHRISTOPHER GUERRERO (Badge #61); Lieutenant RICHARD ANGLEMOYER (Badge #51); and Sacramento Sheriff's Department Captain SCOTT JONES (Badge #7),<br><br>　　　　Defendants.<br>_____/ | Case No. 2:07-CV-02795 LKK GGH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS COUNTY OF SACRAMENTO, JOHN MCGINNESS, MATTHEW ATHEY, PATRICK HARRINGTON, DAVID MCENTIRE, JOHN HOMEN, MICHAEL PUTNAM, CHRISTOPHER GUERRERO, RICHARD ANGLEMOYER and SCOTT JONES**<br><br>Complaint Filed:  12/27/07<br>Amended Complaint Filed: 12/11/08 |

1

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff BLAINE A. JACKSON and Defendants COUNTY OF SACRAMENTO, JOHN MCGINNESS, MATTHEW ATHEY, PATRICK HARRINGTON, DAVID MCENTIRE, JOHN HOMEN, MICHAEL PUTNAM, CHRISTOPHER GUERRERO, RICHARD ANGLEMOYER and SCOTT JONES, by and through their undersigned counsel, that this action be dismissed, with prejudice, with each side to bear its own attorney's fees and costs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

Dated: September 16, 2009         PORTER SCOTT
                                  A PROFESSIONAL CORPORATION

                                  By    /s/Carl L. Fessenden
                                     Carl L. Fessenden
                                     Sophia S. Kwan
                                     Attorney for Defendants COUNTY OF SACRAMENTO, JOHN MCGINNESS, MATTHEW ATHEY, PATRICK HARRINGTON, DAVID MCENTIRE, JOHN HOMEN, MICHAEL PUTNAM, CHRISTOPHER GUERRERO, RICHARD ANGLEMOYER and SCOTT JONES

Dated: September 16, 2009         LAW OFFICE OF STEWART KATZ

                                  By    /s/Stewart Katz (as authorized on 9/16/09)
                                     Stewart Katz
                                     Attorney for Plaintiff BLAINE A. JACKSON

**ORDER**

**IT IS SO ORDERED.**

Dated: September 17, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT